UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x : Case No. 10-CV-2818

DAVID I. SAPERSTEIN and CREGG VENTURES LLC

vs.

BAYERISCHE HYPO- UND VEREINSBANK AG,
NEW YORK BRANCH, BAYERISCHE HYPO- UND
VEREINSBANK AG, UNICREDIT U.S. FINANCE INC.
(f/k/a HVB U.S. FINANCE INC. and HVB STRUCTURED
FINANCE INC.), HVB RISK MANAGEMENT PRODUCTS
INC., PRESIDIO GROWTH, LLC, PRESIDIO ADVISORY
SERVICES, LLC, PRESIDIO RESOURCES, LLC,
and DOES 1 through 100,

        Defendants.
------------------------------------------------------------ x :

## STIPULATED VOLUNTARY DISMISSAL OF ACTION
## WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)

Pursuant to the Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs David I. Saperstein and Cregg Ventures LLC, and Defendants Bayerische Hypo- und Vereinsbank AG, New York Branch, Bayerische Hypo- und Vereinsbank AG, Unicredit U.S. Finance Inc. (f/k/a HVB U.S. Finance Inc. and HVB Structured Finance Inc.), HVB Risk Management Products Inc., Presidio Growth, LLC, Presidio Advisory Services, LLC and Presidio Resources, LLC, through their respective counsel, hereby stipulate to the voluntary dismissal, without prejudice, of the above-captioned action. Each party shall bear his or its own attorneys' fees and costs.

DATED: July 27, 2010

By _____*Rebecca J. Pilch*_____

J. Michael Hennigan
Jeanne E. Irving
A. Brent Truitt
Robert W. Mockler
Rebecca Pilch (RP-2798)
HENNIGAN, BENNETT & DORMAN LLP
245 Park Avenue
Suite 3962
New York, New York 10167
Telephone: (212) 672-1966
Fax: (212) 672-1965

**Attorneys for
Plaintiffs DAVID I. SAPERSTEIN and
CREGG VENTURES, LLC**

DATED: July __, 2010

By _____

Steven M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco CA 94111
Telephone: (415) 391-0600
Fax: (415) 395-8095

**Attorneys for Defendants PRESIDIO
GROWTH, LLC, PRESIDIO ADVISORY
SERVICES, LLC and PRESIDIO
RESOURCES, LLC**

DATED: July 27, 2010

By _____*Mark W. Lerner*_____

Mark Ressler
Mark W. Lerner
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800

**Attorneys for Defendants BAYERISCHE
HYPO- UND VEREINSBANK AG, NEW
YORK BRANCH, BAYERISCHE HYPO-
UND VEREINSBANK AG, UNICREDIT
U.S. FINANCE INC., and HVB RISK
MANAGEMENT PRODUCTS INC.**

DATED: July __, 2010

By _____

J. Michael Hennigan
Jeanne E. Irving
A. Brent Truitt
Robert W. Mockler
Rebecca Pilch (RP-2798)
HENNIGAN, BENNETT & DORMAN LLP
245 Park Avenue
Suite 3962
New York, New York 10167
Telephone: (212) 672-1966
Fax: (212) 672-1965

**Attorneys for
Plaintiffs DAVID I. SAPERSTEIN and
CREGG VENTURES, LLC**

DATED: July 27, 2010

By _Steven M. Bauer /MT_

Steven M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco CA 94111
Telephone: (415) 391-0600
Fax: (415) 395-8095

**Attorneys for Defendants PRESIDIO GROWTH, LLC, PRESIDIO ADVISORY SERVICES, LLC and PRESIDIO RESOURCES, LLC**

DATED: July __, 2010

By _____

Mark Ressler
Mark W. Lerner
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800

**Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG, NEW YORK BRANCH, BAYERISCHE HYPO- UND VEREINSBANK AG, UNICREDIT U.S. FINANCE INC., and HVB RISK MANAGEMENT PRODUCTS INC.**